Deverie J. Christensen
Nevada State Bar No. 6596
Lynne K. McChrystal
Nevada State Bar No. 14739
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Tel: (702) 921-2460
Fax: (702) 921-2461
Email:  deverie.christensen@jacksonlewis.com
Email:  lynne.mcchrystal@jacksonlewis.com

Attorneys for Defendant
TIJUANA, LLC

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RUDI JIMENEZ,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>TIJUANA, LLC, d/b/a ADVANCE MEDICAL STAFFING, d/b/a RAPID TEMPS, INC., a domestic limited liability company; DOES I-X; and ROE BUSINESS ENTITIES I-X, inclusive,<br><br>　　　　　Defendants. | Case No.: 2:20-cv-00765-RFB-VCF<br><br>**STIPULATION TO EXTEND DEADLINE FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT** |

IT IS HEREBY STIPULATED by and between Plaintiff  RUDI JIMENEZ ("Plaintiff"), through her counsel, MAIER GUTIERREZ & ASSOCIATES, and Defendant, TIJUANA, LLC d/b/a ADVANCE MEDICAL STAFFING, d/b/a RAPID TEMPS, INC. ("Defendant"), by and through its counsel, Jackson Lewis P.C., that Defendant shall have an extension up to and including June 10, 2020, in which to file its response to Plaintiff's Complaint.  This Stipulation is submitted and based upon the following:

　　　1.　　Plaintiff filed her Complaint on April 28, 2020.  ECF No. 1.  Defendant was served with the Summons and Complaint on April 29, 2020.  ECF No. 6.

　　　2.　　Defendant's response to the Complaint is currently due on May 20, 2020.

3. Counsel for Defendant was recently retained in this matter. Due to the press of other matters, including adjustments made necessary by the COVID-19 pandemic, and in order to fully respond to the pleading, Defendant requires additional time to respond to the Complaint. Defendant accordingly requests an extension, up to and including June 10, 2020, to file its responsive pleading.

4. This is the first request for an extension of time for Defendant to file a response to Plaintiff's Complaint.

5. This request is made in good faith and not for the purpose of delay.

6. Nothing in this Stipulation, nor the fact of entering to the same, shall be construed as waiving any claim and/or defense held by any party.

Dated this 20th day of May, 2020

| MAIER GUTIERREZ & ASSOCIATES | JACKSON LEWIS P.C. |
|---|---|
| */s/ Danielle J. Barraza*<br>Joseph A. Gutierrez<br>Joseph Nathan Mott<br>Danielle J. Barraza<br>8816 Spanish Ridge Avenue<br>Las Vegas, NV 89148<br>Telephone: (702) 629-7900<br>Fax: (702) 629-7925<br>Email: jag@mgalaw.com<br>Email: jnm@mgalaw.com<br>Email: djb@mgalaw.com<br><br>Attorneys for Plaintiff Rudi Jimenez | */s/ Lynne K. McChrystal*<br>Deverie J. Christensen<br>Lynne K. McChrystal<br>JACKSON LEWIS P.C.<br>300 S. Fourth Street, Suite 900<br>Las Vegas, Nevada 89101<br>Tel: (702) 921-2460<br>Fax: (702) 921-2461<br>Email: deverie.christensen@jacksonlewis.com<br>Email: lynne.mcchrystal@jacksonlewis.com<br><br>Attorneys for Defendant |

**ORDER**

IT IS SO ORDERED.

_____
U.S. Magistrate Judge

Dated: 5-27-2020

4835-1759-4300, v. 2