JOSEPH A. GUTIERREZ, ESQ.
Nevada Bar No. 9046
JOSEPH N. MOTT, ESQ.
Nevada Bar No. 12455
DANIELLE J. BARRAZA, ESQ.
Nevada Bar No. 13822
**MAIER GUTIERREZ & ASSOCIATES**
8816 Spanish Ridge Avenue
Las Vegas, Nevada 89148
Telephone: 702.629.7900
Facsimile: 702.629.7925
E-mail: jag@mgalaw.com
jnm@mgalaw.com
djb@mgalaw.com

*Attorneys for Plaintiff Rudi Jimenez*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RUDI JIMENEZ, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>TIJUANA, LLC, d/b/a ADVANCE MEDICAL STAFFING, d/b/a RAPID TEMPS, INC., a domestic limited liability company; DOES I-X; and ROE BUSINESS ENTITIES I-X, inclusive,<br><br>Defendants. | Case No.: 2:20-cv-00765-RFB-VCF<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR PLAINTIFF'S OPPOSITION TO DEFENDANT'S PARTIAL MOTION TO DISMISS [ECF NO. 9]** |

Plaintiff, Rudi Jimenez ("Plaintiff"), and defendant Tijuana, LLC d/b/a Advance Medical Staffing d/b/a Rapid Temps, Inc. ("Defendant"), by and through their undersigned counsel, hereby agree to extend the time for Plaintiff's opposition to Defendant's partial motion to dismiss [ECF No. 9] filed on June 10, 2020. Under FRCP and the local rules, Plaintiff's opposition is currently due June 24, 2020. This extension is requested by Plaintiff's counsel due to scheduling conflicts and time constraints on Plaintiff's counsel.

IT IS STIPULATED AND AGREED that the deadline for Plaintiff's opposition to Defendant's partial motion to dismiss [ECF No. 9] be extended up until July 1, 2020. This stipulation

is make for good cause and not for purposes of delay and the extension will not unduly delay this matter in any way.

DATED this 22nd day of June, 2020.  DATED this 22nd day of June, 2020.

**MAIER GUTIERREZ & ASSOCIATES**          **JACKSON LEWIS, P.C.**

*/s/ Joseph N. Mott*                       */s/ Lynne K. McChrystal*
JOSEPH A. GUTIERREZ, ESQ.                  DEVERIE J. CHRISTENSEN, ESQ.
Nevada Bar No. 9046                        Nevada Bar No. 6596
JOSEPH N. MOTT, ESQ.                       LYNNE K. MCCHRYSTAL, ESQ.
Nevada Bar No. 12455                       Nevada Bar No. 14739
DANIELLE J. BARRAZA, ESQ.                  300 S. Fourth Street Suite 900
Nevada Bar No. 13822                       Las Vegas, Nevada 89101
8816 Spanish Ridge Avenue                  *Attorneys for Defendant Tijuana, LLC*
Las Vegas, Nevada 89148
*Attorneys for Plaintiff Rudi Jimenez*

**ORDER**

IT IS SO ORDERED this  23rd day of      June         , 2020.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

2