Deverie J. Christensen
Nevada State Bar No. 6596
Lynne K. McChrystal
Nevada State Bar No. 14739
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Tel: (702) 921-2460
Fax: (702) 921-2461
Email:  deverie.christensen@jacksonlewis.com
Email:  lynne.mcchrystal@jacksonlewis.com

Attorneys for Defendant
TIJUANA, LLC

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RUDI JIMENEZ,<br><br>        Plaintiff,<br><br>   vs.<br><br>TIJUANA, LLC, d/b/a ADVANCE MEDICAL STAFFING, d/b/a RAPID TEMPS, INC., a domestic limited liability company; DOES I-X; and ROE BUSINESS ENTITIES I-X, inclusive,<br><br>        Defendants. | Case No.: 2:20-cv-00765-RFB-VCF<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT TO FILE ITS REPLY IN SUPPORT OF MOTION TO DISMISS PLAINTIFF'S COMPLAINT**<br><br>**(First Request)** |

IT IS HEREBY STIPULATED by and between Plaintiff RUDI JIMENEZ ("Plaintiff"), through his counsel, MAIER GUTIERREZ & ASSOCIATES, and Defendant, RAPID TEMPS, INC. d/b/a/ TIJUANA, LLC ("Defendant"), by and through its counsel, Jackson Lewis P.C., hereby stipulate and agree to extend the time for Defendant to file its reply in support of motion to dismiss the Plaintiff's Complaint, which is currently due on July 8, 2020, until July 15, 2020.

1.     The parties believe these extensions are appropriate because Counsel for Defendant's drill schedule with the Army National Guard was adjusted unexpectedly due to the COVID-19 pandemic, and accordingly Defendant needs a brief extension for its reply.

2.     This stipulation and order are sought in good faith and not for the purpose of delay.

3. This is the first request for an extension for Defendant to file its reply in support of Motion to Dismiss.

4. Nothing in this Stipulation, nor the fact of entering to the same, shall be construed as waiving any claim and/or defense held by any party.

Dated this 8th day of July, 2020

| MAIER GUTIERREZ & ASSOCIATES | JACKSON LEWIS P.C. |
|---|---|
| /s/ Joseph N. Mott<br>Joseph A. Gutierrez<br>Joseph Nathan Mott<br>Danielle J. Barraza<br>8816 Spanish Ridge Avenue<br>Las Vegas, NV 89148<br>Telephone: (702) 629-7900<br>Fax: (702) 629-7925<br>Email: jag@mgalaw.com<br>Email: jnm@mgalaw.com<br>Email: djb@mgalaw.com<br><br>Attorneys for Plaintiff Rudi Jimenez | /s/ Lynne K. McChrystal<br>Deverie J. Christensen<br>Lynne K. McChrystal<br>JACKSON LEWIS P.C.<br>300 S. Fourth Street, Suite 900<br>Las Vegas, Nevada 89101<br>Tel: (702) 921-2460<br>Fax: (702) 921-2461<br>Email: deverie.christensen@jacksonlewis.com<br>Email: lynne.mcchrystal@jacksonlewis.com<br><br>Attorneys for Defendant |

**ORDER**

IT IS SO ORDERED.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this `13th day of July, 2020.

4851-8032-3266, v. 1