1
2
3
4
5
6

**UNITED STATES DISTRICT COURT**

7

**DISTRICT OF NEVADA**

8

9   RUDI JIMENEZ,                                          Case No.: 2:20-cv-00765-RFB-VCF

10                          Plaintiff,                              **ORDER**

11   v.                                                              (Docket No. 28)

12   TIJUANA LLC,

13                          Defendant.

14          On August 5, 2020, the parties participated in an Early Neutral Evaluation Session ("ENE")

15   before the Court and reached a settlement of the instant case. Docket No. 27. The Court ordered

16   the parties to file their stipulation of dismissal no later than September 2, 2020. *Id*. The Court

17   further told the parties, on the record, that if they were unable to comply with the deadline the

18   Court set, they could file a request to extend that deadline on the docket.

19          The parties have now filed a joint status report regarding settlement. Docket No. 28. The

20   parties submit that they filed the status report "in accordance with the Court's Order" of August 5,

21   2020. *Id*. at 1. The parties further submit that they are currently in the process of finalizing the

22   settlement agreement and anticipate that it will be executed "within the next few weeks." *Id*.

23          The Court construes the parties' filing as a request to extend the deadline for submitting

24   the stipulation of dismissal in the instant case, which the Court **GRANTS**. Docket No. 28. The

25   Court extends the deadline to file the stipulation of dismissal[1] in the instant case to October 2,

26

27   _____

    [1]      To be clear, the Court did not previously order the parties to file a status report and the

28   Court is not doing so now.

1

1   2020.  If the parties cannot meet that deadline, the parties may file a proper request to extend the

2   deadline.

3        IT IS SO ORDERED.

4        DATED: September 1, 2020.

5

6

7        _____
         NANCY J. KOPPE
8        UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28