Deverie J. Christensen, NV SBN 6596
Lynne K. McChrystal, NV SBN 14739
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Tel: (702) 921-2460
Fax: (702) 921-2461
Email:  deverie.christensen@jacksonlewis.com
Email:  lynne.mcchrystal@jacksonlewis.com

Attorneys for Defendant
TIJUANA, LLC

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RUDI JIMENEZ,<br><br>             Plaintiff,<br><br>      vs.<br><br>TIJUANA, LLC, d/b/a ADVANCE MEDICAL STAFFING, d/b/a RAPID TEMPS, INC., a domestic limited liability company; DOES I-X; and ROE BUSINESS ENTITIES I-X, inclusive,<br><br>             Defendants. | Case No.: 2:20-cv-00765-RFB-VCF<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME TO FILE STIPULATION OF DISMISSAL**<br><br>**[SECOND REQUEST]** |

Defendant TIJUANA, LLC d/b/a ADVANCE MEDICAL STAFFING ("Defendant"), improperly named as TIJUANA, LLC, d/b/a ADVANCE MEDICAL STAFFING, d/b/a RAPID TEMPS, INC., ("Tijuana" or "Defendant"), by and through its counsel of record, Jackson Lewis P.C., and Plaintiff RUDI JIMENEZ ("Plaintiff"), by her counsel of record, Maier Gutierrez & Associates, hereby submit the following Stipulation to Extend Time to File a Stipulation of Dismissal pursuant to the settlement reached in the instant case. Docket No. 27.

The Court previously granted an extension of the deadline from September 2, 2020, to October 2, 2020. Docket No. 29. At the time of the first request, the Parties were still finalizing the terms of the agreement. As of the date of the filing of this request, the Parties have executed a formal confidential settlement agreement. The Parties anticipate that the remaining obligations under the settlement agreement will be completed within 30 days of this request.  The Parties,

therefore, respectfully request that this Court extend the deadline to file the Stipulation of Dismissal to November 2, 2020.

Dated this 2nd day of October, 2020

| MAIER GUTIERREZ & ASSOCIATES | JACKSON LEWIS P.C. |
|---|---|
| /s/ Joseph N. Mott | /s/ Lynne K. McChrystal |
| Joseph A. Gutierrez, NV SBN 9046<br>Joseph N. Mott, NV SBN 12455<br>Danielle J. Barraza, NV SBN 13822<br>8816 Spanish Ridge Avenue<br>Las Vegas, Nevada 89148 | Deverie J. Christensen, NV SBN 6596<br>Lynne K. McChrystal, NV SBN 14739<br>300 S. Fourth Street, Suite 900<br>Las Vegas, Nevada 89101 |
| Attorney for Plaintiff | Attorneys for Defendant |

**<u>ORDER</u>**

IT IS SO ORDERED.

_____
United States Magistrate Judge

Dated: October 9, 2020

4838-4823-3933, v. 1