Deverie J. Christensen, NV SBN 6596
Lynne K. McChrystal, NV SBN 14739
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Tel: (702) 921-2460
Fax: (702) 921-2461
Email:  deverie.christensen@jacksonlewis.com
Email:  lynne.mcchrystal@jacksonlewis.com

Attorneys for Defendant
TIJUANA, LLC

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RUDI JIMENEZ,<br><br>            Plaintiff,<br><br>    vs.<br><br>TIJUANA, LLC, d/b/a ADVANCE MEDICAL STAFFING, d/b/a RAPID TEMPS, INC., a domestic limited liability company; DOES I-X; and ROE BUSINESS ENTITIES I-X, inclusive,<br><br>            Defendants. | Case No.: 2:20-cv-00765-RFB-VCF<br><br>**JOINT STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE AND [PROPOSED] ORDER** |

Defendant TIJUANA, LLC d/b/a ADVANCE MEDICAL STAFFING ("Defendant"), improperly named as TIJUANA, LLC, d/b/a ADVANCE MEDICAL STAFFING, d/b/a RAPID TEMPS, INC., ("Tijuana" or "Defendant"), by and through its counsel of record, Jackson Lewis P.C., and Plaintiff RUDI JIMENEZ ("Plaintiff"), by her counsel of record, Maier Gutierrez & Associates, pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(ii) hereby stipulate to the Dismissal With

///
///
///
///
///
///

Jackson Lewis P.C.
  Las Vegas

1

Prejudice of this action, including all claims herein against all parties, with each party to bear its own attorney's fees and costs.

Dated this 8th day of October, 2020

| MAIER GUTIERREZ & ASSOCIATES | JACKSON LEWIS P.C. |
|---|---|
| */s/ Danielle J. Barraza* | */s/ Lynne K. McChrystal* |
| Joseph A. Gutierrez, NV SBN 9046<br>Joseph N. Mott, NV SBN 12455<br>Danielle J. Barraza, NV SBN 13822<br>8816 Spanish Ridge Avenue<br>Las Vegas, Nevada 89148 | Deverie J. Christensen, NV SBN 6596<br>Lynne K. McChrystal, NV SBN 14739<br>300 S. Fourth Street, Suite 900<br>Las Vegas, Nevada 89101 |
| Attorney for Plaintiff | Attorneys for Defendant |

**ORDER**

**IT IS HEREBY ORDERED** that this action is Dismissed With Prejudice on this _____ day of October, 2020.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 9th day of October, 2020.

4827-9579-6941, v. 1